UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Matthew L. Priestley

v.                                              Civil No. 16-cv-00387-JL

Rockingham County Department of
Corrections et al

O R D E R

    Mr. Priestley has filed an objection to the Report and Recommendation requesting more time obtain legal representation to facilitate his efforts to amend his complaint. This dismissal without prejudice permits him to re-initiate his claim, with or without counsel.   Thus, after due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 16, 2017.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: March 15, 2017

cc:   Matthew L. Priestley, pro se